**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| AMY JOHNSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:15-cv-2282 |
| | ) |
| CITIBANK, N.A., | ) |
| | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF SETTLEMENT

NOW COMES the Plaintiff, AMY JOHNSON, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 60 days.

Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

Dated: October 19, 2015          RESPECTFULLY SUBMITTED,

By: /s/ Michael Siddons
Michael Siddons (SBN 19041)
Michael A. Siddons, Esquire
The Law Office of Michael Alan Siddons, Esquire
230 N. Monroe Street
PO Box 403
Media, PA 19063
(410) 705-0970

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 19, 2015, I electronically filed the foregoing Notice of Settlement with the Clerk of the Court by using the CM/ECF System.  A copy of said Notice was electronically submitted to all parties by the Court's CM/ECF system.

                By: /s/ Michael A. Siddons
                    Michael A. Siddons
                    Attorney for Plaintiff